**Order entered July 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00259-CR

**THOMAS JASON THOMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81178-2011**

## ORDER

The Court **REINSTATES** the appeal.

On June 11, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 10, 2013, appellant filed a motion to extend time to file his brief, and on July 11, 2013, we received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the June 11, 2013 order requiring findings.

We **GRANT** the July 10, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE